AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Emilio Ernesto Quesada Marroqin<br><br>*Defendant* | )<br>)  Case No.  8:25-mj-1269-NHA<br>)<br>)<br>)<br>) |

RCVD USMS M/FL TAMPA 2025 FEB 11 AM 10:50

## ARREST WARRANT

FEB 21 2025 PM 12:50
FILED - USDC - FLMD - TPA

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Emilio Ernesto Quesada Marroqin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Traffic Cocaine on a Vessel Subject to the Jurisdiction of the United States.

In Violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b).

Date: February 11, 2025

*Natalie Hirt Adams*
*Issuing officer's signature*

City and state:  Tampa, Florida

Natalie Hirt Adams, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/11/25, and the person was arrested on *(date)* 2/13/25
at *(city and state)* San Diego, CA.

Date: 2/20/25

*[signature]*
*Arresting officer's signature*

DUSM D. Aguilar
*Printed name and title*